IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00535-WDM-MJW

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION,
LOCAL NO. 7,

    Plaintiff

v.

SAFEWAY, INC.

    Defendant.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT TYPOGRAPHICAL ERROR
( Docket No. 3 )

---

The Court having reviewed Plaintiff's Motion to Correct Typographical Error and being advised of the reasons therefore, GRANTS the motion allowing correction of the caption to the correct spelling of Plaintiff's name as reflected above.

DATED at Denver, Colorado on March 19, 2009.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO